GERTRUDE SYKES, Individually and as Administratrix of the Estate of JOSEPH W. SYKES, Deceased, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 27, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel (Joseph F. Mulqueen, Jr., and Seymour B. Quel* of counsel), for appellant.

*Samuel Cooperman* and *Emanuel Rosenstein* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. THACHER, J., dissents and votes to reverse and dismiss the complaint on the ground that plaintiff failed to prove death was caused by defendant's negligence. Taking no part: DYE, J.